PAUL PRIORE, Appellant, v NEW YORK YANKEES et al., Respondents.

Submitted October 27, 2003; decided December 22, 2003

Motion by the Anti-Discrimination Center of Metro New York, Inc., insofar as it seeks leave to file a memorandum of law amicus curiae on the motion for leave to appeal herein, granted and the memorandum of law is accepted as filed; motion, insofar as it seeks leave to appear amicus curiae on the appeal herein, dismissed as academic.